# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

COREY CRAVENS,

      Petitioner,     :    Case No. 1:11-cv-265

                :    District Judge S. Arthur Spiegel
   -vs-                           Magistrate Judge Michael R. Merz

Warden, Chillicothe Correctional Institution,

                :

      Respondent.

## ORDER TO SUPPLEMENT THE RECORD

      This habeas corpus case is before the Court upon transfer from Magistrate Judge Bowman (Doc. No. 13). Having reviewed the record, the Court notes that Petitioner's first two Grounds for Relief are made on the claim that he was convicted on insufficient evidence. The First District Court of Appeals decision on direct appeal does not sufficiently summarize the evidence to allow this Court to determine whether, as Petitioner asserts, the decision is an objectively unreasonable application of *Jackson v. Virginia*, 443 U.S. 307 (1979).

      In the Return of Writ, Respondent advises that "[t]he transcript of Cravens' trial and sentencing is available and will be filed as Exhibit 16, if ordered by the court." (Doc. No. 9, PageID 38). In order to complete consideration of the case, the Court must review the transcript, which is ordered filed not later than January 10, 2012.

January 2, 2012.

                                            s/ **Michael R. Merz**
                                          United States Magistrate Judge